UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: SOUTHEAST HEALTH CENTER OF REYNOLDS § Case No. 17-10079-399
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 31, 2017.  The undersigned trustee was appointed on February 07, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $            861,865.25

   Funds were disbursed in the following amounts:
   Payments made under an
      interim distribution                                      30,000.00
   Administrative expenses                                     262,806.13
   Bank service fees                                            13,849.41
   Other payments to creditors                                       0.00
   Non-estate funds paid to 3rd Parties                              0.00
   Exemptions paid to the debtor                                     0.00
   Other payments to the debtor                                      0.00

   Leaving a balance on hand of [1]       $            555,209.71

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 05/18/2017 and the deadline for filing governmental claims was 07/30/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $46,343.26. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $46,343.26, for a total compensation of $46,343.26.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $774.49, for total expenses of $774.49.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/09/2019      By: /s/CHARLES W. RISKE
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-10079-399  
**Case Name:** SOUTHEAST HEALTH CENTER OF REYNOLDS

**Period Ending:** 05/09/19

**Trustee:** (450460) CHARLES W. RISKE  
**Filed (f) or Converted (c):** 01/31/17 (f)  
**§341(a) Meeting Date:** 03/13/17  
**Claims Bar Date:** 05/18/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Lease - MO-21, Ellington, Missouri 63638, | 0.00 | 0.00 | | 0.00 | FA |
| 2   350 East Walnut, Ellington, MO 63638, Lease, | 0.00 | 0.00 | | 0.00 | FA |
| 3   Checking Account (General) Account at US Bank, x | 374,294.80 | 374,294.80 | | 374,339.57 | FA |
| 4   Checking Account (AP) Account at US Bank, xxxxxx | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 5   Checking Account (Payroll) Account at US Bank, x | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 6   Claims against Advanced Healthcare Management Se  (u) | Unknown | 250,000.00 | | 250,000.00 | FA |
| 7   A/R Over 90 days old. $702787 Face $352968 Doubt    Trustee abandons the estate's interest in any uncollected accounts receivables. | 349,819.00 | 2,000.00 | | 11,960.20 | FA |
| 8   Office furniture | 25,000.00 | 25,000.00 | | 8,418.73 | FA |
| 9   Office Equipment | 69,548.17 | 69,548.17 | | 23,523.41 | FA |
| 10  Other inventory or supplies: Medical Supplies | 23,885.31 | 23,885.31 | | 8,043.36 | FA |
| 11  Medical Equipment - See Attachment. Valuation | 241,359.69 | 241,359.69 | | 81,653.10 | FA |
| 12  Staples Vendor Refund  (u) | Unknown | 2,939.35 | | 2,939.35 | FA |
| 13  Pharmacy Rebate  (u) | Unknown | 3,248.64 | | 3,248.64 | FA |
| 14  Propane Refund  (u) | Unknown | 1,484.75 | | 1,484.75 | FA |
| 15  Credit for returned drugs  (u) | Unknown | 2,517.91 | | 2,839.49 | FA |
| 16  Class Action Claim vs Contexo Media, LLC et al  (u) | Unknown | 1.00 | | 0.00 | FA |
| 17  Electric Company Deposit Refund  (u) | Unknown | 2,613.26 | | 2,613.26 | FA |
| 18  BC/BS Provider Bonus Payment  (u) | Unknown | 5.97 | | 5.97 | FA |
| 19  Geismann v. Contexo claim  (u) | Unknown | 2,450.00 | | 2,450.00 | FA |
| 20  Chapter 5 Causes of Action  (u)    Trustee abandons the estate's interest in any uncollected Chapter 5 judgments and causes of action. | Unknown | 11,000.00 | | 78,247.13 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-10079-399  
**Case Name:** SOUTHEAST HEALTH CENTER OF REYNOLDS

**Period Ending:** 05/09/19

**Trustee:** (450460) CHARLES W. RISKE  
**Filed (f) or Converted (c):** 01/31/17 (f)  
**§341(a) Meeting Date:** 03/13/17  
**Claims Bar Date:** 05/18/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | Phamaceutical Returns - Devos, Ltd  (u) | Unknown | 7,940.43 | | 7,940.43 | FA |
| 22 | Class action claim - Rudel Corporation  (u) | Unknown | 0.04 | | 0.04 | FA |
| 23 | Leehar Distributors Rebates  (u) | Unknown | 157.82 | | 157.82 | FA |
| 23 | **Assets** **Totals** (Excluding unknown values) | **$1,085,906.97** | **$1,022,447.14** | | **$861,865.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR will be filed after the State of Missouri amends it claim and a final attorney fee application is filed. State advises that amended claim is in process.

**Initial Projected Date Of Final Report (TFR):**   March 13, 2018    **Current Projected Date Of Final Report (TFR):**   March 31, 2019

Printed: 05/09/2019 03:54 PM    V.14.50

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-10079-399  
**Case Name:** SOUTHEAST HEALTH CENTER OF REYNOLDS

**Taxpayer ID #:** **-***0575  
**Period Ending:** 05/09/19

**Trustee:** CHARLES W. RISKE (450460)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $54,523,076.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/17 | {3} | U. S. Bank | US Bank - Main Account - in Part | 1129-000 | 360,000.00 | | 360,000.00 |
| 03/14/17 | {7} | Tricare Payment | A/R | 1121-000 | 121.13 | | 360,121.13 |
| 03/14/17 | {7} | Kenneth Angel | A/R | 1121-000 | 25.00 | | 360,146.13 |
| 03/14/17 | {7} | Florence Smith | A/R | 1121-000 | 135.00 | | 360,281.13 |
| 03/14/17 | {7} | Cam Conway | A/R | 1121-000 | 10.00 | | 360,291.13 |
| 03/14/17 | {7} | Patricia Jarvis | A/R | 1121-000 | 13.90 | | 360,305.03 |
| 03/14/17 | {7} | Rhonda Hattenhauer | A/R | 1121-000 | 25.00 | | 360,330.03 |
| 03/14/17 | {7} | Jacklyn Cook | A/R | 1121-000 | 15.00 | | 360,345.03 |
| 03/14/17 | {7} | Charley Campbell | A/R | 1121-000 | 25.00 | | 360,370.03 |
| 03/14/17 | {15} | Guaranteed Returns | Returned Drugs | 1229-000 | 2,470.13 | | 362,840.16 |
| 03/14/17 | {15} | Guaranteed Returns | Returned Drugs | 1229-000 | 47.78 | | 362,887.94 |
| 03/14/17 | {14} | Amerigas Propane, LP | Propane gas refund | 1229-000 | 1,484.75 | | 364,372.69 |
| 03/14/17 | {7} | Louise Jennings | A/R | 1121-000 | 115.32 | | 364,488.01 |
| 03/14/17 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 364,498.01 |
| 03/14/17 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 364,508.01 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 365.92 | 364,142.09 |
| 04/13/17 | {4} | US Bank | Close Bank Account | 1129-000 | 1,000.00 | | 365,142.09 |
| 04/13/17 | {5} | US Bank | Close Bank Account | 1129-000 | 1,000.00 | | 366,142.09 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 490.18 | 365,651.91 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 578.52 | 365,073.39 |
| 06/07/17 | {7} | Charley Campbell | A/R | 1121-000 | 25.00 | | 365,098.39 |
| 06/07/17 | {7} | Charley Campbell | A/R | 1121-000 | 25.00 | | 365,123.39 |
| 06/07/17 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 365,133.39 |
| 06/07/17 | {7} | Anthem | A/R | 1121-000 | 455.04 | | 365,588.43 |
| 06/07/17 | {7} | Consumer Adjustment Co. Inc. | A/R | 1121-000 | 50.00 | | 365,638.43 |
| 06/07/17 | {7} | Curtis Martin | A/R | 1121-000 | 25.00 | | 365,663.43 |
| 06/07/17 | {13} | Southeast Health Center of Ripley County | Pharmacy Rebate | 1229-000 | 1,219.13 | | 366,882.56 |
| 06/07/17 | {13} | Southeast Health | Pharmacy Rebate | 1229-000 | 2,029.51 | | 368,912.07 |
| 06/07/17 | {12} | Southeast Health | Staples Vendor Refund | 1229-000 | 2,939.35 | | 371,851.42 |
| 06/24/17 | {3} | US Bank | Close checking account | 1129-000 | 14,339.57 | | 386,190.99 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 534.31 | 385,656.68 |
| 07/22/17 | 101 | ROBERT E. EGGMANN | Court Order of 6/28/17 Doc 51 | 3210-000 | | 25,962.56 | 359,694.12 |
| 07/22/17 | 102 | ROBERT E. EGGMANN | Court Order of 6/28/17 Doc 51 | 3220-000 | | 272.93 | 359,421.19 |
| 07/31/17 | {7} | Charley Campbell | A/R | 1121-000 | 25.00 | | 359,446.19 |
| 07/31/17 | {7} | Charley Campbell | A/R | 1121-000 | 25.00 | | 359,471.19 |
| 07/31/17 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 359,481.19 |
| | | | Subtotals : | | $387,685.61 | $28,204.42 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-10079-399
**Case Name:** SOUTHEAST HEALTH CENTER OF REYNOLDS

**Trustee:** CHARLES W. RISKE (450460)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $54,523,076.00  (per case limit)
**Separate Bond:** N/A

**Taxpayer ID #:** **-***0575
**Period Ending:** 05/09/19

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/17 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 359,491.19 |
| 07/31/17 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 359,501.19 |
| 07/31/17 | {7} | Account 143722 (Name illegible) | A/R | 1121-000 | 25.00 | | 359,526.19 |
| 07/31/17 | {7} | Genco Pharmaceutical Services | A/R | 1121-000 | 40.86 | | 359,567.05 |
| 07/31/17 | {17} | Black River Electric Cooperative | Deposit Refund | 1229-000 | 2,613.26 | | 362,180.31 |
| 07/31/17 | {7} | Consumer Adjustment Co. Inc. | A/R | 1121-000 | 6,688.65 | | 368,868.96 |
| 07/31/17 | {7} | Care Improvement Plus | A/R | 1121-000 | 11.70 | | 368,880.66 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 532.44 | 368,348.22 |
| 08/15/17 | | BCL Auction LLC | Proceeds of public auction sale of personal property | | 121,160.05 | | 489,508.27 |
| | {8} | | Sale of office furniture    8,418.73 | 1129-000 | | | 489,508.27 |
| | {9} | | Sale of office equipment    23,420.29 | 1129-000 | | | 489,508.27 |
| | {11} | | Sale of medical equipment    81,277.67 | 1129-000 | | | 489,508.27 |
| | {10} | | Proceeds from sale of    8,043.36 medical supplies | 1129-000 | | | 489,508.27 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 668.62 | 488,839.65 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 679.68 | 488,159.97 |
| 10/10/17 | {7} | Care Improvement Plus | A/R | 1121-000 | 85.80 | | 488,245.77 |
| 10/10/17 | {7} | Southeast Health Center of Ripley County | A/R | 1121-000 | 311.66 | | 488,557.43 |
| 10/10/17 | {7} | Southeast Health Center of Ripley County | A/R | 1121-000 | 343.75 | | 488,901.18 |
| 10/10/17 | {7} | Charley Campbell | A/R | 1121-000 | 25.00 | | 488,926.18 |
| 10/10/17 | {7} | Charley Campbell | A/R | 1121-000 | 25.00 | | 488,951.18 |
| 10/10/17 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 488,961.18 |
| 10/10/17 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 488,971.18 |
| 10/10/17 | {18} | Blue Cross Blue Shield | Bonus Payment | 1221-000 | 5.97 | | 488,977.15 |
| 10/10/17 | {7} | Curtis Martin | A/R | 1121-000 | 25.00 | | 489,002.15 |
| 10/18/17 | 103 | Bill Cockrum Liquidations, LLC | Commission per 10/4/17 order DOC 73 | 3630-000 | | 18,174.00 | 470,828.15 |
| 10/18/17 | 104 | Bill Cockrum Liquidations, LLC | Expenses per 10/4/17 order DOC 73 | 3640-000 | | 3,908.00 | 466,920.15 |
| 10/30/17 | {19} | Geismann v. Contexo Settlement Fund | Class action claim proceeds | 1249-000 | 2,450.00 | | 469,370.15 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 749.76 | 468,620.39 |
| 11/17/17 | {20} | Humana | Preference settlement | 1241-000 | 11,000.00 | | 479,620.39 |
| 11/20/17 | {20} | United HealthCare | Preference settlement | 1241-000 | 7,500.00 | | 487,120.39 |
| 11/28/17 | {20} | Mid-South | Preference Settlement | 1241-000 | 7,856.29 | | 494,976.68 |

Subtotals :    $160,207.99    $24,712.50

{} Asset reference(s)

Printed: 05/09/2019 03:54 PM    V.14.50

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 17-10079-399  
**Case Name:** SOUTHEAST HEALTH CENTER OF REYNOLDS  

**Taxpayer ID #:** **-***0575  
**Period Ending:** 05/09/19  

**Trustee:** CHARLES W. RISKE (450460)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $54,523,076.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/28/17 | 105 | ROBERT E. EGGMANN | Court Order of 11/09/17 Doc 81 | | 3210-000 | | 38,386.50 | 456,590.18 |
| 11/28/17 | 106 | ROBERT E. EGGMANN | Court Order of 11/09/17 Doc 81 | | 3220-000 | | 18.86 | 456,571.32 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 685.04 | 455,886.28 |
| 12/01/17 | | BLC Auction, LLC | Sale of remaining hospital items | | | 156.77 | | 456,043.05 |
| | | | Auctioneer's fees | -71.78 | 3610-000 | | | 456,043.05 |
| | | | Auctioneer's moving expenses | -250.00 | 3620-000 | | | 456,043.05 |
| | {9} | | Sale of remaining office equipment and furniture | 103.12 | 1129-000 | | | 456,043.05 |
| | {11} | | | 375.43 | 1129-000 | | | 456,043.05 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 643.26 | 455,399.79 |
| 12/30/17 | {20} | Beckman Coulter, Inc. | Preference Settlement | | 1241-000 | 7,324.44 | | 462,724.23 |
| 01/25/18 | {7} | Southeast Health | A/R | | 1121-000 | 467.50 | | 463,191.73 |
| 01/25/18 | {7} | Charley Campbell | A/R | | 1121-000 | 25.00 | | 463,216.73 |
| 01/25/18 | {7} | Charley Campbell | A/R | | 1121-000 | 25.00 | | 463,241.73 |
| 01/25/18 | {7} | Gregory Tindle, Jr. | A/R | | 1121-000 | 10.00 | | 463,251.73 |
| 01/25/18 | {7} | Gregory Tindle, Jr. | A/R | | 1121-000 | 10.00 | | 463,261.73 |
| 01/25/18 | {7} | Blue Cross Blue Shield | A/R | | 1121-000 | 32.05 | | 463,293.78 |
| 01/25/18 | {7} | Blue Cross Blue Shield | A/R | | 1121-000 | 25.00 | | 463,318.78 |
| 01/25/18 | {7} | Debra Loyd | A/R | | 1121-000 | 56.35 | | 463,375.13 |
| 01/26/18 | {20} | Hackworth, Ferguson & Thompson | Preference Settlement | | 1241-000 | 27,757.00 | | 491,132.13 |
| 01/26/18 | | Hackworth, Ferguson & Thompson | Settlement with Advanced Healthcare | | | 90,000.00 | | 581,132.13 |
| | {6} | | | 250,000.00 | 1249-000 | | | 581,132.13 |
| | | | Satisfaction of administrative claim | -130,000.00 | 2410-000 | | | 581,132.13 |
| | | | Satisfaction of proof of claim | -30,000.00 | 7100-000 | | | 581,132.13 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 741.80 | 580,390.33 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 779.15 | 579,611.18 |
| 03/14/18 | {20} | Becton, Dickinson and Company | Preference Settlement | | 1241-000 | 7,500.00 | | 587,111.18 |
| 03/22/18 | 107 | ROBERT E. EGGMANN | Court Order of 3/070/18 Doc 101 | | 3210-000 | | 37,589.50 | 549,521.68 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 835.47 | 548,686.21 |
| 04/04/18 | {7} | Charley Campbell | A/R | | 1121-000 | 46.12 | | 548,732.33 |
| 04/04/18 | {7} | Charley Campbell | A/R | | 1121-000 | 25.00 | | 548,757.33 |
| 04/04/18 | {7} | Charley Campbell | A/R | | 1121-000 | 50.00 | | 548,807.33 |
| 04/04/18 | {7} | Gregory Tindle, Jr. | A/R | | 1121-000 | 10.00 | | 548,817.33 |
| 04/04/18 | {7} | Gregory Tindle, Jr. | A/R | | 1121-000 | 10.00 | | 548,827.33 |

Subtotals :  $133,530.23  $79,679.58

{} Asset reference(s)

Printed: 05/09/2019 03:54 PM    V.14.50

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 17-10079-399  
**Case Name:** SOUTHEAST HEALTH CENTER OF REYNOLDS  

**Taxpayer ID #:** **-***0575  
**Period Ending:** 05/09/19  

**Trustee:** CHARLES W. RISKE (450460)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $54,523,076.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/04/18 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 548,837.33 |
| 04/04/18 | {7} | Southeast Health | A/R | 1121-000 | 10.00 | | 548,847.33 |
| 04/04/18 | {21} | Devos, Ltd | Pharmacuetical returns | 1229-000 | 7,940.43 | | 556,787.76 |
| 04/04/18 | {22} | Rudel Corporation | Class Action Settlement | 1229-000 | 0.04 | | 556,787.80 |
| 04/04/18 | {7} | United HealthCare Svs Inc | A/R | 1121-000 | 112.94 | | 556,900.74 |
| 04/16/18 | {20} | Charter Communications | Preference Settlement | 1241-000 | 9,309.40 | | 566,210.14 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 776.86 | 565,433.28 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 894.69 | 564,538.59 |
| 06/25/18 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 564,548.59 |
| 06/25/18 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 564,558.59 |
| 06/25/18 | {7} | Southeast Health | A/R | 1121-000 | 249.78 | | 564,808.37 |
| 06/25/18 | {23} | Leehar Distributors | Rebate | 1229-000 | 148.00 | | 564,956.37 |
| 06/25/18 | {23} | Leehar Distributors | Rebate | 1229-000 | 9.82 | | 564,966.19 |
| 06/25/18 | {7} | CMS | A/R | 1121-000 | 152.00 | | 565,118.19 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 785.02 | 564,333.17 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 865.82 | 563,467.35 |
| 08/10/18 | {15} | Guaranteed Returns | Returned Drugs | 1229-000 | 152.47 | | 563,619.82 |
| 08/10/18 | {15} | Guaranteed Returns | Returned Drugs | 1229-000 | 169.11 | | 563,788.93 |
| 08/10/18 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 563,798.93 |
| 08/10/18 | {7} | Southeast Health | A/R | 1121-000 | 621.53 | | 564,420.46 |
| 08/10/18 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 564,430.46 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 838.31 | 563,592.15 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 432.34 | 563,159.81 |
| 10/23/18 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 563,169.81 |
| 10/23/18 | {7} | Health Scope Benefits | Account Receivable | 1121-000 | 604.21 | | 563,774.02 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 509.27 | 563,264.75 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 462.95 | 562,801.80 |
| 12/20/18 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 562,811.80 |
| 12/20/18 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 562,821.80 |
| 12/20/18 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 562,831.80 |
| 02/25/19 | {7} | Gregory Tindle, Jr. | A/R | 1121-000 | 10.00 | | 562,841.80 |
| 02/25/19 | {7} | Devos, Ltd | Pharmacuetical returns | 1121-000 | 164.83 | | 563,006.63 |
| 02/25/19 | {7} | Devos, Ltd | Pharmacuetical returns | 1121-000 | 42.00 | | 563,048.63 |
| 03/11/19 | 108 | ROBERT E. EGGMANN | Court Order of 02/21/19 Doc 124 | 3210-000 | | 5,712.00 | 557,336.63 |
| 03/11/19 | 109 | ROBERT E. EGGMANN | Court Order of 02/21/19 Doc 124 | 3220-000 | | 10.00 | 557,326.63 |
| 03/13/19 | 110 | Clerk - U.S. Bankruptcy Court | Final Cost Bill | 2700-000 | | 2,450.00 | 554,876.63 |
| 04/08/19 | {7} | Southeast Health Center of Ripley | A/R | 1121-000 | 333.08 | | 555,209.71 |
| | | | Subtotals : | | $20,119.64 | $13,737.26 | |

{} Asset reference(s)

Printed: 05/09/2019 03:54 PM    V.14.50

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 17-10079-399  
**Case Name:** SOUTHEAST HEALTH CENTER OF REYNOLDS

**Taxpayer ID #:** **-***0575  
**Period Ending:** 05/09/19

**Trustee:** CHARLES W. RISKE (450460)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $54,523,076.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  | County |  |  |  |  |  |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 701,543.47 | 146,333.76 | $555,209.71 |
| Less: Bank Transfers | 0.00 | 0.00 |  |
| Subtotal | 701,543.47 | 146,333.76 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| NET Receipts / Disbursements | $701,543.47 | $146,333.76 |  |

|  |  |  |
|---|---|---|
| Net Receipts : | 701,543.47 |
| Plus Gross Adjustments : | 160,321.78 |
| Net Estate : | $861,865.25 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******5866 | 701,543.47 | 146,333.76 | 555,209.71 |
|  | $701,543.47 | $146,333.76 | $555,209.71 |

{} Asset reference(s)

Printed: 05/09/2019 03:54 PM   V.14.50

# Claims Register

### Case: 17-10079-399    SOUTHEAST HEALTH CENTER OF REYNOLDS

Claims Bar Date:  05/18/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | CHARLES W. RISKE<br>215 CHESTERFIELD BUSINESS PWY<br>CHESTERFIELD, MO 63005<br><2200-00   Trustee Expenses>,  200 | Admin Ch. 7<br>01/31/17 |  | $774.49<br>$774.49 | $0.00 | $774.49 |
|  | CHARLES W. RISKE<br>215 CHESTERFIELD BUSINESS PWY<br>CHESTERFIELD, MO 63005<br><2100-00   Trustee Compensation>,  200 | Admin Ch. 7<br>01/31/17 |  | $46,343.26<br>$46,343.26 | $0.00 | $46,343.26 |
|  | ROBERT E. EGGMANN<br>Carmody MacDonald<br>120 S. Central Avenue - Suite 1800<br>ST. LOUIS, MO 63105<br><3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7<br>01/31/17 |  | $3,582.50<br>$3,582.50 | $0.00 | $3,582.50 |
| 1 | Missouri Department of Social Services<br>MO Healthnet Division<br>P.O. Box 6500<br>Jefferson City, MO 65102-6500<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/29/17 | Claim reduced per court order. DOC 125 | $6,300,017.00<br>$5,967,086.18 | $0.00 | $5,967,086.18 |
| 2 | Ozark Hills Care Center LLC<br>430 County Road 792<br>Ellington, MO 63638<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/17 | Claim deemed paid in ull per court order. DOC 103 | $258,207.56<br>$0.00 | $0.00 | $0.00 |
| 3 | Diana Koening<br>PO Box 903<br>West Plains, MO 65775<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/11/17 |  | $90,000.00<br>$90,000.00 | $0.00 | $90,000.00 |
| 4P | Advanced Health Care Management Services, L.L.C.<br>c/o Goldstein & Pressman, P.C.<br>10326 Old Olive Street Road<br>St. Louis, MO 63141<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>05/17/17 | Claim satisfied per court order. DOC 102 | $104,089.22<br>$0.00 | $0.00 | $0.00 |
| 4U | Advanced Health Care Management Services, L.L.C.<br>c/o Goldstein & Pressman, P.C.<br>10326 Old Olive Street Road<br>St. Louis, MO 63141<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/17/17 | Claim satisfied per court order. DOC 102 | $1,464,736.11<br>$0.00 | $0.00 | $0.00 |

# Claims Register

### Case: 17-10079-399  SOUTHEAST HEALTH CENTER OF REYNOLDS

Claims Bar Date:  05/18/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | CharterSpectrum<br>7815 Crescent Executive Drive 4th Floor<br>Charlotte, NC 28217<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/17/17 | | $332.91<br>$332.91 | $0.00 | $332.91 |
| 6 | CharterSpectrum<br>7815 Crescent Executive Drive 4th Floor<br>Charlotte, NC 28217<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/17/17 | | $206.78<br>$206.78 | $0.00 | $206.78 |
| 7 | CharterSpectrum<br>7815 Crescent Executive Drive 4th Floor<br>Charlotte, NC 28217<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/17/17 | | $674.06<br>$674.06 | $0.00 | $674.06 |
| 8 | CharterSpectrum<br>7815 Crescent Executive Drive 4th Floor<br>Charlotte, NC 28217<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/17/17 | | $487.67<br>$487.67 | $0.00 | $487.67 |
| 9 | CharterSpectrum<br>7815 Crescent Executive Drive 4th Floor<br>Charlotte, NC 28217<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/17/17 | | $934.27<br>$934.27 | $0.00 | $934.27 |
| 10 | CharterSpectrum<br>7815 Crescent Executive Drive 4th Floor<br>Charlotte, NC 28217<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/17/17 | | $1,135.21<br>$1,135.21 | $0.00 | $1,135.21 |
| 11 | CharterSpectrum<br>7815 Crescent Executive Drive 4th Floor<br>Charlotte, NC 28217<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/17/17 | | $53.88<br>$53.88 | $0.00 | $53.88 |
| 12 | CharterSpectrum<br>7815 Crescent Executive Drive 4th Floor<br>Charlotte, NC 28217<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/17/17 | | $8.95<br>$8.95 | $0.00 | $8.95 |
| 13 | CharterSpectrum<br>7815 Crescent Executive Drive 4th Floor<br>Charlotte, NC 28217<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/17/17 | | $671.92<br>$671.92 | $0.00 | $671.92 |
| 14 | Missouri Dept of Labor & Industrial Relations<br>Missouri Division of Employment Security<br>P.O. Box 59,Attn: Legal Counsel | Priority<br>07/20/17 | | $2,410.41<br>$2,410.41 | $0.00 | $2,410.41 |

# Claims Register

Case: 17-10079-399    SOUTHEAST HEALTH CENTER OF REYNOLDS

Claims Bar Date: 05/18/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Jefferson City, MO 65104-0059 | | | | | |
| | <5800-00  Claims of Governmental Units>,  570 | | | | | |
| | | | | **Case Total:** | $0.00 | $6,114,702.49 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 17-10079-399
Case Name: SOUTHEAST HEALTH CENTER OF REYNOLDS
Trustee Name: CHARLES W. RISKE

**Balance on hand:**   $   555,209.71

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   555,209.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES W. RISKE | 46,343.26 | 0.00 | 46,343.26 |
| Trustee, Expenses - CHARLES W. RISKE | 774.49 | 0.00 | 774.49 |
| Attorney for Trustee, Fees - ROBERT E. EGGMANN | 3,582.50 | 0.00 | 3,582.50 |

Total to be paid for chapter 7 administration expenses:   $   50,700.25
Remaining balance:   $   504,509.46

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   504,509.46

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,410.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Missouri Dept of Labor & Industrial Relations | 2,410.41 | 0.00 | 2,410.41 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 2,410.41 |
|---|---|---|---|
|  | Remaining balance: | $ | 502,099.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,061,591.83 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Missouri Department of Social Services | 5,967,086.18 | 0.00 | 494,270.87 |
| 3 | Diana Koening | 90,000.00 | 0.00 | 7,454.96 |
| 5 | CharterSpectrum | 332.91 | 0.00 | 27.58 |
| 6 | CharterSpectrum | 206.78 | 0.00 | 17.13 |
| 7 | CharterSpectrum | 674.06 | 0.00 | 55.83 |
| 8 | CharterSpectrum | 487.67 | 0.00 | 40.40 |
| 9 | CharterSpectrum | 934.27 | 0.00 | 77.39 |
| 10 | CharterSpectrum | 1,135.21 | 0.00 | 94.03 |
| 11 | CharterSpectrum | 53.88 | 0.00 | 4.46 |
| 12 | CharterSpectrum | 8.95 | 0.00 | 0.74 |
| 13 | CharterSpectrum | 671.92 | 0.00 | 55.66 |

|  | Total to be paid for timely general unsecured claims: | $ | 502,099.05 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**